467 A.2d 65

Commonwealth v. Milliner, Jr., Appellant.

Submitted May 2, 1983. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.

467 A.2d 65

Commonwealth v. Smith, Appellant.

Submitted May 4, 1983. Ann Kane Seidman, for appellant; Helen T. Kane, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.

467 A.2d 65

In re M.T.

Appeal of T.H.T.

Submitted May 11, 1983. James Thomas I. Rague, III, for appellant; James Edgar Carlson, for appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Order affirmed.

467 A.2d 66

In re Williams v. Burnette.

Appeal of Edith Williams a/k/a Edith Williams Parker.

Submitted September 9, 1983. Leslie F. Kidd, for appellant; Linda Burnette, appellee, in propria persona.

Before SPAETH, P.J., CAVANAUGH and HOFFMAN, JJ.

Order affirmed.

SPAETH, President Judge, filed a memorandum concurring statement.

467 A.2d 66

Krous, Appellant v. O'Brien, et al.
Petition for Allowance of Appeal
Denied Feb. 14, 1984.